PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: John L. Knight  Cr.: 15-00004-01
PACTS #: 411471

Name of Sentencing Judicial Officer:  THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/01/2016

Original Offense: Convicted Felon in Possession of a Firearm

Original Sentence: 55 months imprisonment, 36 months supervised release

Special Conditions: Drug/Alcohol Testing and Treatment, Mental Health Treatment, and $100 Special Assessment

Type of Supervision: Supervised Release  Date Supervision Commenced: 01/02/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'Unlawful substance use'** |
| | On April 18, 2018, the offender submitted a urine sample that tested positive for cocaine use. The offender acknowledged he used the substance on April 16, 2018. Knight advised he used cocaine once after he twisted his ankle at work to get him through the day. He denied having any addiction issues and/or needing substance abuse treatment. |

U.S. Probation Officer Action:
The offender has been verbally reprimanded for his noncompliance. Our office will continue to monitor his full-time employment, activities and associations, and substance use and will notify the Court of any additional instances of non-compliance.

Respectfully submitted,

By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 04/23/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other  FORMAL REPRIMAND

_____
Signature of Judicial Officer

4/26/18
Date