PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John L. Knight                                    Cr.: 15-00004-01
                                                                    PACTS #: 411471

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/01/2016

Original Offense: Convicted Felon in Possession of a Firearm

Original Sentence: 55 months imprisonment, 36 months supervised release

Special Conditions:  Drug/Alcohol Testing and Treatment, Mental Health Treatment, and $100 Special Assessment

Modified Special Condition: Residential Re-Entry Center (six-month-term)

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/02/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'Unlawful substance use'** |
|   | On June 10, 2018 and June 16, 2018, the offender tested positive for alcohol use at Toler House Residential Re-Entry Center. On June 19, 2018, Knight reported to his first scheduled outpatient treatment group at Trinitas Hospital and was sent home for being intoxicated. |
|   | The offender reported self-medicating, substance abuse behavior to be a result of struggling with the recent passing of his girlfriend and his lack of overall family support. |
| 2 | The offender has violated the special supervision condition which states **'You must reside for a period of six months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will not be eligible for weekend privileges. You must pay subsistence as required by the program.'** |
|   | On June 18, 2018, the offender was terminated unsuccessful for reporting to Toler House Residential Re-Entry Center, after an authorized work pass on June 16, 2018, with alcohol in his system. |

U.S. Probation Officer Action:
The offender has been verbally reprimanded for his noncompliance and was placed into an inpatient substance abuse and mental health treatment facility.

On May 14, 2018, Your Honor modified his conditions to include a six month Residential Re-Entry Center placement as a result of his substance abuse and a temporary restraining order filed against him, by his sister, which was ultimately dismissed. On June 4, 2018, the offender's girlfriend passed away suddenly. Reportedly, he was with her and made the 911 call to first responders at the time of her death.

On June 6, 2018, the offender began his Residential Re-Entry Center term and was terminated unsuccessfully twelve days later. On June 20, 2018, the offender reported to his psychiatric evaluation appointment at Trinitas Hospital in Elizabeth. The treatment provider recommended an inpatient substance abuse and mental health treatment placement to help stabilize the offender's behaviors. On June 21, 2018, Knight was transported to New Hope Behavioral Health in Marlboro to begin a thirty-five day detox and inpatient program. To date, Knight has been in compliance with his treatment directives and is scheduled to be released on July 27, 2018 to a sober living housing placement.

In a conversation with Knight's supervisor on June 20, 2018, our office was informed the offender's full-time electrical contracting position with Hilltop Electric will be held for him while he receives treatment.

We respectfully recommend an opportunity to work with him while is getting the mental health and substance abuse treatment he needs in order to become a productive, stable member of society.

Respectfully submitted,

By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 06/29/2018

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

Date: 7/5/18