PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John L. Knight                                  Cr.: 15-00004-01
                                                                  PACTS #: 411471

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES

                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/01/2016

Original Offense: Convicted Felon in Possession of a Firearm

Original Sentence: 55 months imprisonment, 36 months supervised release

Special Conditions: Drug/Alcohol Testing and Treatment, Mental Health Treatment, and $100 Special Assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/02/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'Unlawful substance use'**<br><br>On March 7, 2019, the offender submitted a urine sample that tested positive for oxycodone use. The offender acknowledged a friend shared a pill that he believed was Tylenol. He denied any knowledge of oxycodone use. On March 13, 2019, the NTL Laboratory confirmed the positive. He apologized for taking an unknown pill, advised it will not happen again, and denied a need for additional substance abuse treatment. |

U.S. Probation Officer Action:
The offender has been verbally reprimanded for his noncompliance. The Court has been notified about the offender's substance use and failure to complete a residential re-entry center placement. Since then, he has successfully completed both inpatient and outpatient treatment and has been prescribed medication for his psychiatric needs. Since Knight has a limited support system and difficulty securing stable housing, he is receiving Second Chance Funding to reside at Urban Renewal in Newark. Our office will continue to monitor his full-time employment, activities and associations, housing placement, substance use and compliance with prescribed psychiatric medication with Trinitas Hospital. We will immediately notify the Court of any additional instances of non-compliance.

Respectfully submitted,

By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 03/19/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  FORMAL WRITTEN REPRIMAND

_____
Signature of Judicial Officer

3/20/19
Date